IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KARIN ROPER and husband,<br>JACK ROPER,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.<br>and USPG INDIAN LAKE, LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-01065<br><br>JUDGE ALETA A. TRAUGER<br><br>MAGISTRATE JUDGE<br>ALISTAIR E. NEWBERN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiffs, KARIN ROPER and JACK ROPER, and Defendants, RED ROBIN INTERNATIONAL, INC. and USPG INDIAN LAKE, LLC, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed <u>with prejudice</u> and with each party to bear her, his, or its own costs and fees, including but not limited to attorney fees.

Dated: January 11, 2019

Respectfully submitted,

*s/ Joel A. Palmer*
Joel A. Palmer (Admitted *pro hac vice*)
Michael A. Malone (BPR # 31219)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
(615) 259-1510
*Counsel for Defendants,*
*Red Robin International, Inc.*
*and USPG Indian Lake, LLC*


*s/ Ali Toll*
Rocky McElhaney (BPR # 20205)
Ali Toll (BPR # 25732)
ROCKY MCELHANEY LAW FIRM, PC

475 Saundersville Road, Suite 100
Hendersonville, TN 37075
(615) 425-2500
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of January, 2019, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** was filed with the Court and served via the Court's electronic filing system upon the following:

Rocky McElhaney, Esq.
Ali Toll, Esq.
ROCKY MCELHANEY LAW FIRM, PC
475 Saundersville Road, Suite 100
Hendersonville, TN 37075
rocky@rockylawfirm.com
ali@rockylawfirm.com

*Attorneys for Plaintiffs*

 

*s/ Joel A. Palmer*
Joel A. Palmer